469 A.2d 305

Commonwealth v. Collins, Appellant.
Petition for Allowance of Appeal
Denied March 22, 1984.

Submitted October 21, 1983. Brian R. Williams, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, WIEAND and MONTEMURO, JJ.

Order affirmed.

SPAETH, President Judge, concurred in the result.

469 A.2d 305

Commonwealth v. Doney, Appellant.

Submitted October 21, 1983. Robert W. Suter, for appellant; William F. Mabon, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Order affirmed.